IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
2002 JAN -9 A 10: 46

U.S. BANKRUPTCY COURT
SAVANNAH, GA.

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 01-43658 |
| **LESTER G. JACKSON, III,** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

## MOTION TO CONVERT TO A CASE UNDER CHAPTER 7

TO THE HONORABLE LAMAR W. DAVIS, JR., UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee and moves this Court for the entry of an Order converting this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code.

In support of this Motion, the United States Trustee represents and alleges as follows:

1. The debtor voluntarily filed this Chapter 11 proceeding on December 3, 2001.

2. Cause exist for the dismissal or conversion of this case under 11 U.S.C. §1112(b) which provides:

> "Except as provided in subsection (c) of this section, on request of a party in interest or the United States Trustee, and after notice and a hearing, the Court may convert a case under this Chapter to a case under Chapter 7 of this title or may dismiss a case under this chapter, whichever is in the best interest of creditors and the estate, for cause, including--"

3. Cause exists for the dismissal or conversion of this case under 11 U.S.C. § 1112(b) in the following particulars:

    (a) Debtor has failed to comply with this Court's Order dated December 13, 2001, requiring debtor to file papers on or before December 18, 2001;

    (b) Debtor and his attorney failed to appear at the §341 meeting of creditors scheduled for January 8, 2002;



    (c)    Continuing loss to or diminution of the estate and absence of a reasonable likelihood of rehabilitation;

    (d)    Inability to effectuate a plan;

    (e)    Unreasonable delay by the debtor that is prejudicial to creditors;

    (f)    The debtor has not filed a quarterly report nor paid the United States Trustee the appropriate quarterly fee due for the Fourth quarter, 2001 and the First quarter, 2002;

4. The debtor has failed to comply with all of the United States Trustee's reporting requirements in the following particulars:

    (a)    Proof of closing all pre-petition bank accounts and opening new debtor-in-possession bank accounts;

    (b)    Copies of the debtor's most recent audited and unaudited financial statements;

    (c)    Copies of tax returns for the two years prior to filing;

    (d)    A physical inventory;

    (e)    Completed Real Property Questionaire; and

    (f)    The debtor has not produce evidence of insurance coverage: General Comprehensive Liability and Fire and Theft.

5. The debtor does not have sufficient income nor equity in its assets to sustain a plan of reorganization.

6. The debtor's conduct suggests an inability to effectuate a plan, which is cause for conversion under 11 U.S.C. §1112(b)(2).

7. Further, the debtor's failure to diligent prosecute this case suggests an unreasonable delay that is prejudicial to the creditors and is an additional cause for conversion under 11 U.S.C. § 1112(b)(3).

WHEREFORE, the United States Trustee respectfully prays for the entry of an Order converting this Chapter 11 proceeding to a case under Chapter 7 of the United States Bankruptcy Code.

This 8th day of January, 2002.

                                      Respectfully submitted,

                                      C. DAVID BUTLER
                                      UNITED STATES TRUSTEE, REGION 21

                                      By: _____
                                              JACK K. BERRY
                                              Assistant United States Trustee

Post Office Box 10230
Savannah, Georgia 31412
(912) 652-4112
Georgia Bar #055400

STATE OF GEORGIA )
)
COUNTY OF CHATHAM )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within and foregoing Motion to Convert to a Case Under Chapter 7 has this day been served upon the following by mailing a copy of the same through the United States Mail bearing sufficient postage thereon:

Mr. Lester G. Jackson, III
421 Pierpont Avenue
Savannah, Georgia 31410

Mr. Richard L. Roble
Attorney at Law
Post Office Box 10033
Savannah, Georgia 31412

This 8th day of January, 2002.

C. DAVID BUTLER
UNITED STATES TRUSTEE, REGION 21

By: _____
JACK R. BERRY
Assistant United States Trustee

Post Office Box 10230
Savannah, Georgia 31412
(912) 652-4112
Georgia Bar No. 055400