IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
2002 JAN -9 A 10: 46

S. BANKRUPTCY COURT
SAVANNAH, GA.

| | | |
|---|---|---|
| IN RE: | § § | |
| **LESTER G. JACKSON, III,** | § § § | Chapter 11 Case<br>Case No. 01-43658 |
| Debtor. | § | |

## OBJECTION OF UNITED STATES TRUSTEE
## TO DEBTOR-IN-POSSESSION'S MOTION TO DISMISS

TO THE HONORABLE LAMAR W. DAVIS, JR., UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Georgia objects to the debtor's Motion to Dismiss filed in the above-captioned Chapter 11 case.

In support of this objection, the United States Trustee respectfully represents and alleges as follows:

1   Debtor commenced this proceeding by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on December 3, 2001.

2.   Debtor filed a Motion to Dismiss its case on December 27, 2001.

3.   The first meeting of creditors was scheduled for January 8, 2002, at 10:00 o'clock a.m. The debtor and his attorney, Richard L. Roble, failed to attend said meeting. 11 U.S.C. §343 specifically states that the debtor "<u>shall appear</u>".

> "The debtor shall appear and submit to examination under oath at the meeting of creditors under Section 341(a) of this title. Creditors, any indenture trustee, [or] any trustee or examiner in the case, or the United States Trustee may examine the debtor. The United States Trustee may administer the oath required under this section."



4. That the debtor has not complied with the Order dated December 13, 2001, entered by the Honorable Lamar W. Davis, Jr., Judge, United States Bankruptcy Court, requiring debtor to file necessary papers on or before December 18, 2001.

5. To date, the debtor has not paid to the United States Trustee the required fees pursuant to 28 U.S.C. §1930(a)(6) for the Fourth Quarter, 2001, and the First Quarter, 2002.

6. The United States Trustee opposes the entry of an order of dismissal unless and until the debtor complies with 28 U.S.C. §1930(a)(6) which requires that "a quarterly fee shall be paid the United States Trustee, for deposit in the Treasury, in each case under Chapter 11 of Title 11 for each quarter (including any fraction thereof) until the case is converted or dismissed, whichever occurs first."

WHEREFORE, the United States Trustee objects to the application to dismiss the Chapter 11 case unless and until the debtor complies with the requirements of 28 U.S.C. §1930(a)(6); files the required papers per this Court's Order dated December 13, 2001; and complies with 11 U.S.C. §343.

This 8th day of January, 2002.

Respectfully submitted,

C. DAVID BUTLER
UNITED STATES TRUSTEE, REGION 21

BY: _____
JACK K. BERRY
Assistant United States Trustee

Post Office Box 10230
Savannah, Georgia 31412
(912) 652-4112
Georgia Bar No. 055400

| | |
|---|---|
| STATE OF GEORGIA | ) |
| | ) |
| COUNTY OF CHATHAM | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within and foregoing Objection of United States Trustee to Debtor-in-Possession's Motion to Dismiss has this day been served upon the following by mailing a copy of the same through the United States Mail bearing sufficient postage thereon:

Mr. Lester G. Jackson, III
421 Pierpont Avenue
Savannah, Georgia 31410

Mr. Richard L. Roble
Attorney at Law
Post Office Box 10033
Savannah, Georgia 31412

This 8th day of January, 2002.

C. DAVID BUTLER
UNITED STATES TRUSTEE. REGION 21

BY: _____
JACK K. BERRY
Assistant United States Trustee

Post Office Box 10230
Savannah, Georgia 31412
(912) 652-4112
Georgia Bar No. 055400