UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

In Re Lester G Jackson III                                File  01-43658
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
421 Pierpont Avenue
Savannah, GA 31410

### ORDER DISMISSING BANKRUPTCY

The Court being advised in the premises, having reviewed the petition of Counsel Richard L. Roble on behalf of the Debtor and having heard arguments, the chapter 11 case filed in this Court is hereby dismissed. And the Debtor is free to convey his real estate and pay the debts to Carver State Bank and the Internal Revenue Service from these sale proceeds, The Debtor may not file another action for 120 days,

_____
Hon Lamar W. Davis
Bankruptcy Judge

Dated January 2/1/02  2002

Prepared by
Richard L. Roble JD, PC
P, O, Box 10033
317 West York St
Savannah, Ga 31410
912. 232.7722

FILED
at 4 O'clock & 21 min P M
Date 2/1/02

MICHAEL F. McHUGH, CLERK
United States Bankruptcy Court
Savannah, Georgia