**BAE SYSTEMS**
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

```
District/off: 113J-4           User: LB              Page 1 of 1              Date Rcvd: Feb 01, 2002
Case: 01-43658-LWD             Form ID: #01          Total Served: 7
```

The following entities were served by first class mail on Feb 03, 2002.
```
D          +LESTER G. JACKSON, III,   421 PIERPONT AVENUE,    SAVANNAH, GA 31404-2453
DA          Richard L. Roble,   P.O. Box 10033,    Savannah, GA 31412
            CARVER STATE BANK,    701 MARTIN LUTHER KING BLVD,    SAVANNAH, GA 31401
           +INTERNAL REVENUE SERVICE CENTER,    SPECIAL PROCEDURES FUNCTION,    P. O. BOX 995,
            ATLANTA, GA 30301-0995
            INTERNAL REVENUE SERVICE,    IRS LIEN UNIT,    401 W. PEACHTREE ST., STOP 337D,    ATLANTA, GA 30308
            OFFICE OF THE U.S. TRUSTEE,    POST OFFICE BOX 10230,    SAVANNAH, GA 31412
            UNITED STATES ATTORNEY (IRS),    P.O. BOX 8970,    SAVANNAH, GA 31412
```

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Feb 03, 2002**           Signature:   *Joseph Speetjens*

000137